■ In the Matter of JAMES S., Appellant, v ROSEMIDE D., Respondent. [16 NYS3d 736]—

Order, Family Court, New York County (Adetokunbo O. Fasanya, J.), entered on or about April 29, 2014, which, after a fact-finding hearing, dismissed the petition for an order of protection, unanimously affirmed, without costs.

The petition was properly dismissed because the allegations that respondent committed acts that would constitute family offenses were not supported by a preponderance of the evidence (*see* Family Ct Act § 832). There is no basis for disturbing the court's credibility determinations (*see Matter of Nicole R.S. v Troy Kenneth Brian L.*, 128 AD3d 597 [1st Dept 2015]). Concur—Tom, J.P., Acosta, Moskowitz and Richter, JJ.